Application **GRANTED**.  The initial pretrial conference scheduled for October 30, 2024, is adjourned to **December 4, 2024** at 4:00 P.M.  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to submit the joint letter and the proposed civil case management plan is extended to **November 27, 2024**.

Dated: October 24, 2024
         New York, New York

**October 23, 2024**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Honorable Lorna G. Schofield
U.S. District Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

        *Re:    Lopez v. 237 East Realty LLC et al*
        *Civil Action No.: 24-cv-06938-LGS*
        *Motion to Adjourn Conference*

Dear Honorable Judge Schofield,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's September 16, 2024 Order [DE#5], the Parties are required to file a joint letter by October 24, 2024, in advance of the scheduled initial status conference. Tantamount, the Defendants in this action have still not appeared, nor had informal correspondence with the Plaintiff's office at this time.

Given that service has been effectuated against Defendants through the proper channels, including the Secretary of the State [see DE#9-10], Plaintiff requests an adjournment of the initial Conference for a later date at which tie the Defendants can appear, or otherwise Plaintiff shall move for Default Judgment against the non appearing Defendants. This request is made more than 48 hours before the scheduled conference date.

This extension will not affect any other deadlines or events in this case. Thank you for your time in considering this request.

        Most Respectfully,

        BARDUCCI LAW FIRM

        PLLC

        Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only