MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

███████████████████

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**February 10, 2025**

Honorable  Lorna G. Schofield
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

> ***Re:   Lopez v. 237 East Realty LLC et al***
> ***Civil Action No.:1:24-cv-06938-LGS***
> ***Joint Notice of Settlement & Conclusion of Mediation***

Dear Honorable Judge  Schofield,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's December 2, 2024 Mediation Order [DE#23], the Parties are directed to participate in ADR and conclude mediation on or before February 14, 2025. As an initial matter, the Parties together file this letter as a notice to the Court to apprise Your Honor that the Parties have completed mediation, and further that a Settlement in Principle has just been attained therefrom.

The parties are now, at this time, enveloped in the process of preparing the requisite Settlement papers and agreements therewith; and while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a  Final Stipulation of Dismissal could be filed in the coming thirty "30" days.

Thank you for the Court's time and consideration.

Most Respectfully,

BARDUCCI LAW FIRM
PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only