MARIA-COSTANZA BARDUCCI
# BARDUCCI LAW FIRM

5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK
10011 TELEPHONE: 212-433-2554

**March 11, 2025**

**VIA CM/ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl St,
New York, NY 100071

Application **GRANTED**. The deadline to file an application to restore this action is extended to **April 11, 2025**.

Dated: March 12, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Lopez v. 237 East Realty LLC et al*
*Civil Action No: 24-cv-06938-LGS*
*Re: Motion Requesting Extension Of Time To File Stipulation*

Dear Honorable District Judge Schofield,

I represent the Plaintiff in the above-referenced matter.

Pursuant to the Court's February 11, 2025 Order of Dismissal, the parties have thirty "30" days to motion for the restoration of the above styled civil case. Principally, the Plaintiff wishes to explicate on the current status of events regarding the settlement; 1) foremost that the terms of the agreement are still under still under review, and; 2) the final instrument for settlement is still under draft, and has yet to be exchanged between the Parties..

Thereon, the Plaintiff humbly requests an extension of time to motion to Restore the Case, given the issues *supra*, and would humbly beseech the Court for an extension of thirty "30" more days time to file a motion to restore the case.

The parties are confident that this case will be entirely resolved before that time

Thank you for the Court's time in considering this request.

Most Respectfully,
BARDUCCI LAW FIRM

PLLC
Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only